IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KIRBY TATE                                                                                      PETITIONER

VS.                                                                      CIVIL ACTION NO. 4:06CV99 DPJ-JCS

JERRY PARKER                                                                                RESPONDENT

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 21th day of March, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE